# Court of Appeals
# of the State of Georgia

ATLANTA,  July 27, 2017

*The Court of Appeals hereby passes the following order:*

**A17A2006.  MELISSA FRANKLIN MOORE v. HENRY ALFRED MOORE.**

On April 19, 2017, the trial court entered an order denying Melissa Franklin Moore's motion for contempt failed against her ex-husband, Henry Alfred Moore, based on his alleged failure to pay child support in violation of their divorce decree. Melissa Moore then filed this direct appeal. We lack jurisdiction.

Where, as here, the underlying action involves rights and obligations created by a settlement agreement incorporated into a divorce decree, and does not involve child custody, the case is a domestic relations matter within the meaning of OCGA § 5-6-35 (a) (2).  See *Walker v. Estate of Mays*, 279 Ga. 652, 653 (1) (619 SE2d 679) (2005).  Appeals in such matters must be initiated by filing an application for discretionary appeal. See OCGA § 5-6-35 (a) (2). Melissa Moore's failure to follow the required appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/27/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*